Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

Marysusan Catholdi-Janowski,
Plaintiff

    v.

CVS Health Corporation,
Defendant

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 22-CV-6227

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that plaintiff's request for injunctive relief is dismissed without prejudice for lack of standing, and the remaining claims are dismissed with prejudice.

Date: March 15, 2024

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Dawn K.
    Deputy Clerk